Clarice A. Spicker, Bar #029964
Nicolas T. Martino, Bar #034746
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1706
Fax: (602) 200-7810
cspicker@jshfirm.com
nmartino@jshfirm.com

Attorneys for Defendants Cecilia Perez and
Heartland Express, Inc. of Iowa

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Patty M. Adams, a married woman,<br><br>                              Plaintiff,<br><br>v.<br><br>Cecilia Victoria Perez and John Doe Perez, wife and husband; Heartland Express, Inc. of Iowa, an Iowa corporation doing business in Arizona; ABC Corporations I-X and XYZ Partnerships I-X,<br><br>                              Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

Defendants Cecilia Victoria Perez and Heartland Express, Inc. of Iowa ("Removing Defendants"), by and through undersigned counsel, hereby file the following Notice of Removal of this action, currently pending in the Superior Court of the State of Arizona, County of Maricopa, Case No. CV2021-053491, to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds for removal, Removing Defendants state as follows:

**I.     JURISDICTION**

This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship. *See* 28 U.S.C. § 1332(a).

10119636.1

1 Plaintiff claims personal injuries as a result of Removing Defendants' alleged liability. Plaintiff alleges she "was severely and permanently injured, suffered great pain of body and mind, incurred and continues to incur expenses for medical attention, lost income and continues to lose income, and incurred expenses for damage to personal property." Defendants have repeatedly requested Plaintiff confirm whether her damages are less than or greater than $75,000.00. To date, Defendants have not received a response. Accordingly, Defendants rely on Plaintiff's allegations in her Complaint to support the amount in controversy reasonably exceeds $75,000.00.

According to the Complaint and upon information and belief, Plaintiff Patty M. Adams is domiciled in Maricopa County, Arizona, where she presumably intends to remain. Accordingly, Plaintiff is considered a citizen of Arizona.

Removing Defendant Cecilia Victoria Perez is domiciled in Murfreesboro, Tennessee. Removing Defendant Heartland Express, Inc. of Iowa, is incorporated in Iowa with a principal place of business in North Liberty, Iowa. Removing Defendant Heartland Express, Inc. of Iowa is therefore considered domiciled in Iowa.

Removing Defendants are thus citizens of Tennessee and Iowa, respectively. Defendant John Doe Perez, presumably referring to Removing Defendant Cecilia Victoria Perez's husband, is also domiciled in Murfreesboro, Tennessee. John Doe Perez, in the event he is formally added to this lawsuit, is therefore considered a citizen of Tennessee.

Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants "who have been properly joined and served must join in or consent to the removal of the action" for all actions removed based on diversity of citizenship. Removing Defendants, who are the only defendants who have joined and been served in this lawsuit, consent to the removal of this action.

## II.   COMPLIANCE WITH LRCIV 3.6(B)

Pursuant to LRCiv 3.6(b), the following documents are attached as exhibits to this Notice:

10119636.1

| **Exhibit No.** | **Documents Included:** |
|---|---|
| 1 | **Civil Cover Sheet (JS-44)** |
| 2 | **Supplemental Civil Cover Sheet** |
| 3 | **Maricopa County Superior Court Docket as of February 10, 2022** |
| 4 | **Complaint** |
| 5 | **Service Documents:**<br>• Summons and Affidavit of Service re Defendant Heartland Express, Inc. of Iowa<br>• Summons, Affidavit of Publication and Affidavit of Completion of Service by Publication re service upon Defendant Cecilia Victoria Perez<br>• Summons for John Doe Perez |
|  | **Answers**<br>• (None) |
|  | **State Court orders terminating or dismissing parties**<br>• (None) |
|  | **Notices of Appearance**<br>• (None) |
|  | **Pending Motions, Responses and Replies**<br>• (None) |
| 6 | **Remainder of the State Court Record**<br>• Plaintiff's Certificate of Compulsory Arbitration<br>• Plaintiff's Motion for extension of Time to Complete Service of Process<br>• Maricopa County Superior Court's Order to Extend Time for Completion of Service of Process<br>• Notice of Filing Notice of Removal |

### III. ANSWERS OR ORDERS TERMINATING OR DISMISSING PARTIES

As of this date, no Defendant has filed an answer, and the state court has not entered any orders terminating or dismissing parties.

### IV. OPERATIVE PLEADING

The above-captioned case commenced when Plaintiff filed a Complaint in Superior Court in and for Maricopa County, on September 29, 2021 (the "Complaint"). *See* Complaint attached hereto as **Exhibit 4**.

## V. SERVICE OF PROCESS

According to the documents filed, the following Defendants were served with process of the Complaint:

- Defendant Heartland Express, Inc. of Iowa. attached as **Exhibit 5**.
- Defendant Cecilia Victoria Perez as **Exhibit 5**.

## VI. TIMELINESS AND UNANIMITY OF REMOVAL

Under 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within thirty (30) days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

This Notice of Removal is filed within thirty (30) days of when the Complaint was served on Removing Defendant Cecilia Victoria Perez and, therefore, is timely. *See* 28 U.S.C. § 1446(b)(1).

## VII. STATUS OF PENDING MOTIONS

Not applicable.

## VIII. VERIFICATION OF FILING ALL PLEADINGS AND OTHER DOCUMENTS FROM STATE COURT FILINGS

A Notice of Filing Notice of Removal, a true and correct copy of which is included in **Exhibit 6**, is being filed this same date in the Superior Court for the State of Arizona, in the County of Maricopa, Case No. CV2021-053491, on behalf of Cecilia Victoria Perez and Heartland Express, Inc. of Iowa

True and correct copies of all pleadings and other documents filed in the state court proceeding have been filed herewith as described above.

**WHEREFORE**, Removing Defendants hereby request that the above action now pending in the Superior Court in and for Maricopa County, Arizona, be removed to this Court.

DATED this 10th day of February, 2022.

          JONES, SKELTON & HOCHULI, P.L.C.

By _____
Clarice A. Spicker
Nicolas T. Martino
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Cecilia Perez
and Heartland Express, Inc. of Iowa

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Nicholas E. Vakula
R. Randall Johnson
The Vakula Law Firm, PLC
11240 N. Tatum Blvd., Suite 120
Phoenix, AZ 85028
Email: vakulalawfirm@aol.com
Attorneys for Plaintiff Patty Adams


*/s/R.L. Harrington*

10119636.1