# EXHIBIT 4

# EXHIBIT 4

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
A. Sutton, Deputy
9/29/2021 9:39:59 AM
Filing ID 13433534

Nicholas E. Vakula (009876)
R. Randall Johnson (014814)
**THE VAKULA LAW FIRM, PLC**
11240 N. Tatum Blvd., Suite 120
Phoenix, Arizona 85028
(480) 905-9114
Firm email: vakulalawfirm@aol.com

*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| PATTY M. ADAMS, a married woman, | NO. CV2021-053491 |
| Plaintiff, | **COMPLAINT** |
| v. | (Tort - Motor Vehicle) |
| CECILIA VICTORIA PEREZ and JOHN DOE PEREZ, wife and husband; HEARTLAND EXPRESS, INC OF IOWA, a Iowa corporation doing business in Arizona; JOHN DOES I-X and JANE DOES I-X; ABC CORPORATIONS I-X and XYZ PARTNERSHIPS I-X, | **Tier 2** |
| Defendants. | |

Plaintiff, by and through her attorney undersigned, alleges as follows:

**COUNT ONE**

I

The minimum jurisdictional amount established for filing this action has been satisfied. Pursuant to ARCP 26.2(c)(3) the Court should assign this case to Tier 2 based on the amount of damages requested.

-1-

II

The Plaintiff is a resident of Maricopa County, Arizona; that all individual Defendants are Arizona corporations, or agencies located in Maricopa County, Arizona, or are residents of Maricopa County, Arizona, and caused an event to occur in Maricopa County, Arizona, out of which this cause of action arises.

III

At all times mentioned herein, Defendant Cecilia Victoria Perez was acting on behalf of her marital community comprised of herself and John Doe Perez, whose true name is unknown to Plaintiff at this time, and will be substituted by amendment.

IV

Heartland Express Inc of Iowa is a Iowa corporation authorized to do business in the State of Arizona.

V

That Defendants John Does I-X, Jane Does I-X, ABC Corporations I-X and XYZ Partnerships I-X are fictitious names representing the Defendants, whether singular or plural, masculine or feminine, corporate or individual, married or unmarried, whose true names and relationships to this cause are unknown to Plaintiff at this time, and will be substituted later by amendment.

VI

That Defendant, Cecilia Victoria Perez, was acting within the course and scope of her employment for Heartland Express Inc of Iowa and/or the other defendants when she caused the subject collision.

VII

On October 4, 2019, Plaintiff Patty M. Adams was proceeding onto Interstate 10 in the #2 on-ramp lane in Phoenix, Arizona. Defendant Cecilia Victoria Perez was also proceeding onto Interstate 10 directly to the left of Plaintiff Patty M. Adams's vehicle, when she suddenly and carelessly went into Plaintiff Adams's lane of travel and collided with her vehicle pushing her vehicle off the roadway and onto the dirt shoulder. As a direct result of this collision, Plaintiff Adams suffered serious injuries and damages. Defendant Cecilia Victoria Perez was inattentive and otherwise negligent in causing this collision.

**COUNT TWO**

VIII

Plaintiff incorporates Count One, paragraphs I through VII, as though fully set forth, and further alleges:

IX

That at the time of the collision which is the subject of this Complaint, Defendant Cecilia Victoria Perez was an employee, agent or was carrying out the purposes of Heartland Express, Inc of Iowa and/or other Defendants. As such, Heartland Express, Inc of Iowa and/or other Defendants are vicariously liable to the Plaintiff for the negligent acts of Defendant Cecilia Victoria Perez.

X

That at the time of the collision which is the subject of this Complaint, Defendant Cecilia Victoria Perez was an employee, agent or was carrying out the purposes of Heartland Express, Inc of Iowa and/or other Defendants. Upon information and belief, Heartland Express, Inc of Iowa and/or other Defendants were negligent in hiring, training, and supervision of Defendant Perez.

XI

That as a result of Defendants' negligence, Plaintiff was severely and permanently injured, suffered great pain of body and mind, incurred and continues to incur expenses for medical attention, lost income and continues to lose income, and incurred expenses for damage to personal property.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For special damages in an amount to be proven at the time of trial;
2. For general damages in a just and reasonable amount in excess of the jurisdictional limits of the Court;
3. For costs incurred herein and accruing, together with interest at the highest lawful rate;
4. For such other and further relief as the Court may deem just and proper.

Dated this 29th day of September, 2021.

THE VAKULA LAW FIRM, PLC

By: _____
R. Randall Johnson
11240 N. Tatum Blvd., Ste. 120
Phoenix, Arizona 85028
*Attorneys for Plaintiff*