# EXHIBIT 5

# EXHIBIT 5

Clerk of the Superior Court
*** Electronically Filed ***
A. Sutton, Deputy
9/29/2021 9:39:59 AM
Filing ID 13433539

Person/Attorney Filing: Nicholas E Vakula
Mailing Address: 11240 N. Tatum Blvd. Suite 120
City, State, Zip Code: Phoenix, AZ 85028
Phone Number: (480)905-9114
E-Mail Address: vakulalawfirm@aol.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009376, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Patty M Adams
Plaintiff(s),                                    Case No.  CV2021-053491
v.
Cecilia Victoria Perez, et al.                   **SUMMONS**
Defendant(s).

To: Heartland Express Inc. of Iowa

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *September 29, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *AMBER SUTTON*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.



# IN THE SUPERIOR COURT OF ARIZONA
## COUNTY OF MARICOPA, STATE OF ARIZONA

PATTY M. ADAMS, A MARRIED WOMAN

2021 NOV 14  PM 1:04

CV2021-053491

**AFFIDAVIT OF**
**SERVICE**

Plaintiff / Petitioner,

VS.

   CECILA VICTORIA PEREZ and JOHN DOE PEREZ,
wife and husband; HEARTLAND EXPRESS, INC OF
IOWA, a Iowa corporation doing business in Arizona;
JOHN DOES 1-X: JANE DOES 1-X JANE DOES I-V;
BLACK PARTNERSHIPS I-V; WHITE CORPORATIONS
I-V

Defendant /
Respondent

TIM SIERAKOWSKI, the undersigned certifies under penalty of perjury: That I am A Licensed
Process Server in the State of Arizona and received for service the following documents in this
action: SUMMONS AND COMPLAINT , CERTIFICATE OF ARBITRATION

From **NICHOLAS E. VAKULA** on NOVEMBER 2, 2021 That I Personally served copies of
these documents on those named below in the manner, time and place shown: except where
noted, all services were made in Maricopa County, Arizona.

**NAME OF PERSON SERVED;** HEARTLAND EXPRESS INC OF IOWA BY SERVING ITS
STATUTORY AGENT MIKE MCNERNEY WHITE MALE 5FT 8INCHES 240 POUNDS. 42
YEARS OLD, WORE GLASSES ,BLACK HAIR

**DATE & TIME: OF SERVICE** NOVEMBER 9TH 2021 @229 PM

**SERVICE  AT THE BUSINESS ADDRESS OF** 4555 WEST MOHAVE STREET, PHOENIX
ARIZONA, 85043

Clerk of the Superior Court
*** Electronically Filed ***
A. Sutton, Deputy
9/29/2021 9:39:59 AM
Filing ID 13433537

Person/Attorney Filing: Nicholas E Vakula
Mailing Address: 11240 N. Tatum Blvd. Suite 120
City, State, Zip Code: Phoenix, AZ 85028
Phone Number: (480)905-9114
E-Mail Address: vakulalawfirm@aol.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009876, Issuing State: AZ

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Patty M Adams<br>Plaintiff(s),<br>v.<br>Cecilia Victoria Perez, et al.<br>Defendant(s). | Case No.  CV2021-053491<br><br>**SUMMONS** |

To: Cecilia Victoria Perez

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *September 29, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *AMBER SUTTON*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

# THE RECORD REPORTER

~ SINCE 1914 ~

2025 N THIRD ST #155, PHOENIX, AZ 85004-1425
Telephone (602) 417-9900 / Fax (602) 417-9910

Publishing for Maricopa
and Pima Counties

CLERK OF THE
SUPERIOR COURT
FILED
S. MONTUORI. DEP

2022 JAN -3 AM II: 22

NICHOLAS E VAKULA
VAKULA LAW FIRM
11240 N TATUM BLVD #120
PHOENIX, AZ - 85028

RR# 3536912

# AFFIDAVIT OF PUBLICATION

Reference #:

Notice Type:    CS - CIVIL SUMMONS

Ad Description: TO: CECILIA VICTORIA PEREZ CV2021-053491 PATTY
M ADAMS V. CECILIA VICTORIA PEREZ; ETAL

I, Cathy Fisher _____, am authorized by the publisher as agent to make this affidavit.  Under oath, I state that the following is true and correct.

THE RECORD REPORTER is a newspaper of general circulation published Monday, Wednesday and Friday except legal holidays, in the County of Maricopa (also publishing for Pima County), State of Arizona. The copy hereto attached is a true copy of the advertisement as published on the following dates:

12/13/2021, 12/20/2021, 12/27/2021, 01/03/2022

State Of Arizona)
)ss.
County Of Maricopa)

Subscribed and sworn to before me on the 3rd day of January, 2022

LEONA J. GIBSON
Notary Public - Arizona
Maricopa Co. / #560597
Expires 04/15/2023

**SUMMONS**
**CASE NO. CV2021-053491**
IN THE SUPERIOR COURT OF THE
STATE OF ARIZONA
IN AND FOR THE COUNTY OF
MARICOPA
Patty M Adams
Plaintiff(s),
v.
Cecilia Victoria Perez, et al.
Defendant(s).
To: Cecilia Victoria Perez
WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.
1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.
2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the documents in this case.
3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.
Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.
GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA
SIGNED AND SEALED this Date: September 29, 2021
JEFF FINE
Clerk of Superior Court
By: AMBER SUTTON
Deputy Clerk
Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.
If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or

https://maricopabar.org Sponsored by the Maricopa County Bar Association. A copy of the Summons and Complaint may be obtained by contacting Nicolas E. Vakula at Vakula Law Firm, 11240 N. Tatum Blvd., #120, Phoenix, AZ 85028, (480)905-9114. E-Mail Address: vakulalawfirm@aol.com
12/13, 12/20, 12/27/21, 1/3/22
RR-3536912#



```
* A 0 0 0 0 0 5 9 0 8 4 0 9 *
```

Email

Clerk of the Superior Court
*** Electronically Filed ***
T. Hays, Deputy
1/12/2022 2:33:05 PM
Filing ID 13814544

Nicholas E. Vakula (009876)
R. Randall Johnson (014814)
**THE VAKULA LAW FIRM, PLC**
11240 N. Tatum Blvd., Suite 120
Phoenix, Arizona 85028
(480) 905-9114
Firm email: vakulalawfirm@aol.com

*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| PATTY M. ADAMS, a married woman, | NO. CV2021-053491 |
| Plaintiff, | **AFFIDAVIT OF COMPLETION OF SERVICE BY PUBLICATION** |
| v. | |
| CECILIA VICTORIA PEREZ and JOHN DOE PEREZ, wife and husband; HEARTLAND EXPRESS, INC OF IOWA, a Iowa corporation doing business in Arizona; JOHN DOES I-X and JANE DOES I-X; ABC CORPORATIONS I-X and XYZ PARTNERSHIPS I-X, | (Assigned to the Hon. Alison Bachus) |
| Defendants. | |

STATE OF ARIZONA      )
                                        ) ss:
County of Maricopa      )

R. Randall Johnson, being first duly sworn upon oath, deposes and says as follows:

1.      I am the attorney for Plaintiff Patty M. Adams in the above-entitled action.

2.      This Affidavit is submitted to demonstrate the circumstances warranting the utilization of service of process by publication pursuant to Rule 4.1(n), Arizona Rules of Civil Procedure, and to establish the completion of such service.

-1-

3.      Plaintiff filed her Complaint on September 29, 2021 along with a Summons to be issued and served upon Defendant Cecilia Victoria Perez, at the address that was listed on the accident report as being their current address: 4440 N. Irving Street, Kingman, Arizona.

4.      Plaintiff's counsel has been unable to accomplish service at the address listed. Defendant Perez was unknown to persons at said residence, a subsequent skip trace was performed, and no other address was listed for Defendant Perez. (See Affidavit of Attempted Service and Affidavit of Skip Trace attached as Exhibit 1.)

5.      On November 16, 2021, counsel for Plaintiff's counsel wrote Holly Morgenthaler of Ace American Insurance, asking her to accept service or advise of a current address for her insured with no response. (See November 16, 2021 letter to Ace American Insurance, Exhibit 2.)

6.      On November 16 and 23, 2021, counsel's legal assistant asked Clarice Spicker of Jones, Skelton & Hochuli representing Defendant Perez, to accept service or advise of a current address for Defendant Perez and was told they would check with their client and get back to us, but never did so. (See November 16 and 23, 2021 emails from Plaintiff's counsel's assistant, Exhibit 3.)

7.      Publication of the Summons, directed to Defendant Cecilia Victoria Perez, was sent to The Record Reporter on December 2, 2021.

8.      Publication of the Summons, directed to Defendant Cecilia Victoria Perez, was started in The Record Reporter on December 13, 2021 and the last date of publication was January 3, 2022. (See The Record Reporter Affidavit of Publication attached as Exhibit 4). Service will be complete and effective as of January 12, 2022.

Further affiant sayeth naught.

_____
R. Randall Johnson, Affiant

-2-

SUBSCRIBED AND SWORN TO before me this 12ᵗʰ day of January, 2022 by R. Randall Johnson.

_____
Notary Public

> MELISA LONGEAU
> Notary Public
> Commission Number 570145
> Expires: August 15, 2023
> Maricopa County

ORIGINAL e-filed and routed to:

The Honorable Alison Bachus
Judge of the Superior Court

COPY of the foregoing mailed
this 12 day of January, 2022, to

Clarice A. Spicker, Esq.
Jones, Skelton & Hochuli, PLC
40 North Central Ave., suite 2700
Phoenix, Arizona 85004
*Attorneys for Defendants*

By: _____
Sharry Carter

# Exhibit 1

**IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

PATTY M. ADAMS,
Plaintiff,

Case No. CV2021-053491

**NON-SERVICE CERTIFICATE**

vs.

CECILIA VICTORIA PEREZ; et al.
Defendant(s).

| | |
|---|---|
| State of Arizona | ) |
| County of Mohave | )ss. |

I, Tyler Gable, LIC #MH2021-00002, the undersigned, certify under penalty of perjury, that I am fully qualified, pursuant to Rule 4(d), Arizona Rules, to serve process in this cause.

On 11/5/2021, I received from Attorney R. Randall Johnson; Summons; Complaint; Certificate of Compulsory Arbitration; Notice of Deposition; Notice of Service of Uniform Interrogatories; Request for Non- Uniform Interrogatories; Request for Production of Document; Request for Admissions; Plaintiff's Initial Rule 26.1 Disclosure Statement.

On 12/1/2021 at 2:35 PM, I attempted to serve Cecilia Perez and John Doe Perez at 4440 N. Irving St., Kingman, AZ 86409:  There was no answer at the door. Teresa Griego is listed as the owner.

Under penalty of perjury I declare that I have read the foregoing Certificate of Service and that the facts stated in it are true.

**Tyler Gable, LIC #MH2021-00002**
Certified in the County of Mohave
Signed on 12/7/2021

#18816



**IN THE SUPERIOR COURT OF ARIZONA**
**COUNTY OF MARICOPA, STATE OF ARIZONA**
PATTY M. ADAMS, A MARRIED WOMAN

CV2021-053491

AFFIDAVIT OF
SKIP TRACE

Plaintiff / Petitioner,

VS.

CECILA VICTORIA PEREZ and JOHN DOE PEREZ,
wife and husband; HEARTLAND EXPRESS, INC OF
IOWA, a Iowa corporation doing business in Arizona;
JOHN DOES 1-X: JANE DOES 1-X JANE DOES I-V;
BLACK PARTNERSHIPS I-V; WHITE CORPORATIONS
I-V

Defendant /
Respondent

TIM SIERAKOWSKI, the undersigned certifies under penalty of perjury: That I am A Licensed
Process Server in the State of Arizona and received for service the following documents in this
action: SUMMONS AND COMPLAINT , CERTIFICATE OF ARBITRATION

From **NICHOLAS E. VAKULA** on NOVEMBER 2, 2021 That I Personally served copies of
these documents on those named below in the manner, time and place shown; except where
noted, all services were made in Maricopa County, Arizona.

**NAME OF PERSON SERVED**; A SKIP TRACE WAS PERFORMED , LOOKING FOR
CECILA VICTORIA PEREZ IN ARIZONA, AN ADDRESS WAS FOUND IN THE
POLICE REPORT OF 4440 NORTH IRVING STREET, KINGMAN ARIZONA,  86409. THE
PROCESS SERVING COMPANY IN KINGMAN STATED THAT THE PERSON NO
LONGER LIVES AT THE ADDRESS.  SO ANOTHER SKIP TRACE WAS PREFORMED
AND ALL THE  INFORMATION WAS THE SAME, A CREDIT CARD SEARCH WAS
ALSO PREFORMED AND A DRIVERS LICENSE SEARCH WAS PERFORMED ALL TO
THE ABOVE ADDRESS.
**DATE & TIME: OF SERVICE** NOVEMBER 17TH 2021 @3 PM

**SERVICE  AT THE ABODE ADDRESS OF** 4440 NORTH IRVING , KINGMAN
ARIZONA, 86409

That inquiry was made of each person listed above to Whom the document was delivered or with whom said Document was left , and that the identity was confirmed to this affiant

| Services | | |
|----------|--|--|
| Mileage | | |
| Attempt Miles | | |
| Cert. Prep | | |
| Other | | |
| Notary Fee | | |
| **Total** | | 65.00 |

The fees and costs charged are authorized by A.R.S 11-445 12-303,41-314 AS AMENDED AND RULES4-5-AND 45 ARIZONA RULES OF CIVIL PROCEDURE AS AMENDED

DEC 5TH,2021

**TIMOTHY SIERAKOWSKI**

# Exhibit 2

# The Vakula Law Firm, PLC
## Attorneys at Law

NICHOLAS E. VAKULA*
R. RANDALL JOHNSON
THOMAS A. GERMUSKA, JR.

11240 N. TATUM BLVD.
SUITE 120
PHOENIX, AZ 85028
(480) 905-9114
FAX: (480)905-9113
Email: vakulalawfirm@aol.com
Website: www.vakulalaw.com

November 16, 2021

**VIA E-MAIL & U.S. MAIL**
hmorgenthaler@heartlandexpress.com

Ace American Insurance
Attn: Holly Morgenthaler
901 Heartland Way
North Liberty, IA 52317

|     |     |     |     |
| --- | --- | --- | --- |
| Re: | **Our Client** | : | **Patty Adams** |
|     | **Your Insured/Driver** | : | **Cecilia Perez/Heartland Express** |
|     | **Insured's Claim No.** | : | **110190301** |
|     | **Date of Accident** | : | **10/04/2019** |

Dear Ms. Morgenthaler:

Enclosed is an Affidavit of Service, along with the following documents, evidencing service upon your insured, Heartland Express Inc of Iowa, on November 9, 2021:

- Summons
- Complaint
- Certificate of Compulsory Arbitration

We are in the process of obtaining service of process upon your insured/driver, Cecilia Perez. Please advise if you are authorized to accept service on behalf of your insured/driver. If you are not so authorized, please advise of the correct address for your insured where service of process can be accomplished.

Very truly yours,

THE VAKULA LAW FIRM, P.L.C.

R. Randall Johnson

RRJ:sc
Enclosures

*Certified Specialist ● Personal Injury & Wrongful Death ● Arizona Board of Legal Specialization

Exhibit 3

**Sharry**

| | |
|---|---|
| **From:** | Sharry |
| **Sent:** | Tuesday, November 23, 2021 9:02 AM |
| **To:** | 'CLARICE SPICKER' |
| **Cc:** | Randy Johnson; Rebecca Harrington; Nic Martino |
| **Subject:** | RE: Adams v. Perez; Heartland Express |

Good morning Ms. Spicker,

I am following up on whether you have contacted your client regarding accepting service. If we do not hear you by tomorrow, we will move forward with service.

Thank you.

*Sharry Carter*
*Legal Assistant*
**The Vakula Law Firm, PLC**
**11240 N. Tatum Blvd., Suite 120**
**Phoenix, AZ 85028**
**(480) 905-9114 Fax (480) 905-9113 www.vakulalaw.com**

**The Vakula Law Firm, PLC**
ARIZONA'S ACCIDENT ATTORNEYS

The information contained in this communication is confidential, is intended only for the purpose of the recipient and is legally privileged. If you are not the intended recipient, please return this communication to the sender and delete all copies from your computer system. Thank you.

**From:** CLARICE SPICKER [mailto:CSpicker@JSHFIRM.COM]
**Sent:** Tuesday, November 16, 2021 11:40 AM
**To:** Sharry
**Cc:** Randy Johnson; Rebecca Harrington; Nic Martino
**Subject:** RE: Adams v. Perez; Heartland Express

That is correct Sharry. I will have to get in contact with the driver to check on accepting service. Can you please provide us with all pleadings thus far in this matter, including the affidavit of service on Heartland. Additionally, I have cc'ed my assistant Rebecca, as well as Nic Martino, an attorney at my firm who will be assisting me on this one.

Thanks and look forward to working with you!



**CLARICE A. SPICKER** | Partner
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700 | Phoenix, AZ 85004
**P** (602) 263-1706   **F** (602) 200-7810

**website | bio | vCard | map | email | linkedin | facebook | twitter**

**From:** Sharry <sharry@vakulalaw.com>
**Sent:** Tuesday, November 16, 2021 10:24 AM

**To:** CLARICE SPICKER <CSpicker@JSHFIRM.COM>
**Cc:** Randy Johnson <randy@vakulalaw.com>
**Subject:** Adams v. Perez; Heartland Express

Ms. Spicker,

It is our understanding you will be the attorney handling this matter for the Defendants.   Please let us know if you would be willing to accept service on behalf of the insured driver.

Thank you.

*Sharry Carter*
*Legal Assistant*
**The Vakula Law Firm, PLC**
**11240 N. Tatum Blvd., Suite 120**
**Phoenix, AZ 85028**
**(480) 905-9114 Fax (480) 905-9113 www.vakulalaw.com**

**The Vakula Law Firm, PLC**
ARIZONA'S ACCIDENT ATTORNEYS

The information contained in this communication is confidential, is intended only for the purpose of the recipient and is legally privileged. If you are not the intended recipient, please return this communication to the sender and delete all copies from your computer system. Thank you.

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

Exhibit 4

CLERK OF THE
SUPERIOR COURT
FILED
S. MONTUORI, DEP

2022 JAN -3 AM 11: 22

# THE RECORD REPORTER

~ SINCE 1914 ~

2025 N THIRD ST #155, PHOENIX, AZ 85004-1425
Telephone (602) 417-9900 / Fax (602) 417-9910

Publishing for Maricopa
and Pima Counties

NICHOLAS E VAKULA
VAKULA LAW FIRM
11240 N TATUM BLVD #120
PHOENIX, AZ - 85028

# AFFIDAVIT OF PUBLICATION

Reference #:

Notice Type:   CS - CIVIL SUMMONS

Ad Description: TO: CECILIA VICTORIA PEREZ CV2021-053491 PATTY
M ADAMS V. CECILIA VICTORIA PEREZ; ETAL

I, _Cathy Fisher_____, am authorized by the publisher as
agent to make this affidavit. Under oath, I state that the following is true and
correct.

THE RECORD REPORTER is a newspaper of general circulation published
Monday, Wednesday and Friday except legal holidays, in the County of
Maricopa (also publishing for Pima County), State of Arizona. The copy
hereto attached is a true copy of the advertisement as published on the
following dates:

12/13/2021, 12/20/2021, 12/27/2021, 01/03/2022

State Of Arizona)
)ss.
County Of Maricopa)

Subscribed and sworn to before me on the 3rd day of January, 2022

LEONA J. GIBSON
Notary Public - Arizona
Maricopa Co. / #560597
Expires 04/15/2023

RR# 3536912

SUMMONS
CASE NO. CV2021-053491
IN THE SUPERIOR COURT OF THE
STATE OF ARIZONA
IN AND FOR THE COUNTY OF
MARICOPA
Patty M Adams
Plaintiff(s),
v.
Cecilia Victoria Perez, et al.
Defendant(s).
To: Cecilia Victoria Perez
WARNING: THIS AN OFFICIAL
DOCUMENT FROM THE COURT
THAT AFFECTS YOUR RIGHTS.
READ THIS SUMMONS
CAREFULLY. IF YOU DO NOT
UNDERSTAND IT, CONTACT AN
ATTORNEY FOR LEGAL ADVICE.
1. A lawsuit has been filed against
you. A copy of the lawsuit and other
court papers were served on you with
this Summons.
2. If you do not want a judgment taken
against you without your input, you
must file an Answer in writing with the
Court, and you must pay the required
filing fee. To file your Answer, take or
send the papers to Clerk of the
Superior Court, 201 W. Jefferson,
Phoenix, Arizona 85003 or
electronically file your Answer through
one of Arizona's approved electronic
filing systems at
http://www.azcourts.gov/efilinginforma
tion. Mail a copy of the Answer to the
other party, the Plaintiff, at the
address listed on the top of this
Summons. Note: If you do not file
electronically you will not have
electronic access to the documents in
this case.
3. If this Summons and the other court
papers were served on you within the
State of Arizona, your Answer must
be filed within TWENTY (20)
CALENDAR DAYS from the date of
service, not counting the day of
service. If this Summons and the
other court papers were served on
you outside the State of Arizona, your
Answer must be filed within THIRTY
(30) CALENDAR DAYS from the date
of service, not counting the day of
service.
Requests for reasonable
accommodation for persons with
disabilities must be made to the court
by parties at least 3 working days in
advance of a scheduled court
proceeding.
GIVEN under my hand and the Seal
of the Superior Court of the State of
Arizona in and for the County of
MARICOPA
SIGNED AND SEALED this Date:
September 29, 2021
JEFF FINE
Clerk of Superior Court
By: AMBER SUTTON
Deputy Clerk
Requests for an interpreter for
persons with limited English
proficiency must be made to the
division assigned to the case by the
party needing the interpreter and/or
translator or his/her counsel at least
ten (10) judicial days in advance of a
scheduled court proceeding.
If you would like legal advice from a
lawyer, contact Lawyer Referral
Service at 602-257-4434 or

https://maricopabar.org Sponsored by
the Maricopa County Bar Association.
A copy of the Summons and
Complaint may be obtained by
contacting Nicolas E. Vakula at
Vakula Law Firm, 11240 N. Tatum
Blvd., #120, Phoenix, AZ 85028,
(480)905-9114. E-Mail Address:
vakulalawfirm@aol.com
·12/13, 12/20, 12/27/21, 1/3/22
RR-3536912#



Email

Clerk of the Superior Court
*** Electronically Filed ***
A. Sutton, Deputy
9/29/2021 9:39:59 AM
Filing ID 13433538

Person/Attorney Filing: Nicholas E Vakula
Mailing Address: 11240 N. Tatum Blvd. Suite 120
City, State, Zip Code: Phoenix, AZ 85028
Phone Number: (480)905-9114
E-Mail Address: vakulalawfirm@aol.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009876, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Patty M Adams
Plaintiff(s),
v.
Cecilia Victoria Perez, et al.
Defendant(s).

Case No.  CV2021-053491

**SUMMONS**

To: John Doe Perez

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *September 29, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *AMBER SUTTON*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.